31 A.3d 284

**Charles ONLEY, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Philadelphia County Post Conviction Relief Act (PCRA) Unit, Respondent.**

**No. 42 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 3, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of October, 2011, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994)

(hybrid representation improper). The Prothonotary is directed to forward the filings to counsel of record.